IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANDERSON PURNELL THURSTON,
Defendant.

**Case No.:** 26–MJ-71165MAG- TSH

**ORDER RE: RELEASE**

GOOD CAUSE SHOWN, and for the reasons stated in open court, Defendant Anderson Purnell Thurston shall be released from U.S. Marshal's custody FORTHWITH on the terms and conditions of supervised release. Mr. Thurston shall report to U. S. Probation Office, Eastern District of California, 501 I Street, Suite 2-500, Sacramento, CA 95814-7300, telephone (916) 879-2611 tomorrow morning.

IT IS SO ORDERED.

August 31, 2026
Dated

THOMAS S. HIXSON
United States Magistrate Judge