UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

ANDERSON PURNELL THURSTON,

Defendants.

Case No. 26-mj-71165-MAG-1 (TSH)

Charging District:

Eastern District of California

Charging District's Case No.:

2:25-cr-00053-001 JAM

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.

The date or time to appear in that court has not yet been set; the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 31, 2026

Thomas S. Hixson
United States Magistrate Judge